JEFFREY A. KAISER, ESQ. [SBN 160594]
ANNA MARIA COSTA, ESQ. [SBN 203741]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery St., 36th Floor
San Francisco, California 94104
Telephone   (415) 646-7160
Facsimile   (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA GOODENBOUR, individually and on Behalf of the Estate of JOHN GOODENBOUR, Decedent; GREGORY GOODENBOUR; JEFFREY GOODENBOUR AND DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br>vs.<br><br>A.W. CHESTERTON CO., et al.,<br><br>Defendants. | Case No. CV 08-04028 WHA<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated August 27, 2008

_____
Anna Maria Costa
Attorneys for Plaintiffs

---

C:\Documents and Settings\astavrakaras\Local Settings\Temporary Internet Files\Content.Outlook\992LKCNC\Declination.doc

PAGE 1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE