JEFFREY A. KAISER, ESQ., [SBN 160594]
ANNA MARIA COSTA, ESQ., [SBN 203741]
JESSICA N. BIERNIER, ESQ., [SBN 239831]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA GOODENBOUR, individually and on Behalf of the Estate of JOHN GOODENBOUR, Decedent; GREGORY GOODENBOUR; JEFFREY GOODENBOUR AND DOES ONE through TEN, inclusive<br><br>Plaintiffs,<br>vs.<br><br>A.W. CHESTERTON COMPANY, et. al.,<br><br>Defendants. | Case No. CV 08-04028 WHA<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO REMAND CASE TO ALAMEDA COUNTY SUPERIOR COURT**<br><br>Courtroom:   Courtroom 9<br>                        San Francisco, California<br><br>The Honorable William H. Alsup |

## STIPULATION

Plaintiffs Loretta Goodenbour, Gregory Goodenbour and Jeffrey Goodenbour, and Defendant Foster Wheeler LLC, by and through their respective counsel, hereby stipulate to Foster Wheeler LLC's withdrawal of its notice of removal. By such stipulation, Plaintiffs and Defendant Foster Wheeler LLC respectfully request this court to immediately remand this case to state court.

IT SO STIPULATED:

Dated: October 8, 2008          LEVIN SIMES KAISER & GORNICK LLP

By: _____
    Jeffrey A. Kaiser
    Attorneys for Plaintiff

Dated: October 8, 2007          BRYDON HUGO & PARKER

By: _____
    Thomas Moses
    Attorneys for Defendant
    Foster Wheeler LLC

| | |
|---|---|
| 1 | |
| 2 | **[PROPOSED] ORDER** |
| 3 | Good cause appearing from Foster Wheeler LLC's stipulated withdrawal of its notice of removal, this |
| 4 | court hereby orders this case immediately remanded to state court. |
| 5 | |
| 6 | Dated October 14, 2008 |
| 7 | _____ Hon. William H. Alsup |

*IT IS SO ORDERED*
*Judge William Alsup*